# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136388

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 136388
                                            COA: 282945
                                            Wayne CC: 07-003317-FC

MOHAMMAD BOSTON, a/k/a
MOHAMMAD CONGDON-BOSTON,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 31, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk